

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00232-CV

**IN RE** Alberto Roman **GONZALEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  April 24, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 11, 2013, Relator Alberto Roman Gonzalez filed what is entitled "Suit in Equity for the Enforcement of a Breach of Trust," in part seeking mandamus relief.  However, by statute, this court only has the authority to issue a writ of mandamus against a "judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004).  We conclude the relief Gonzalez is requesting is not directed at a district or county court in our district and it is not necessary to enforce our appellate jurisdiction.  Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

---

[1] There is no pending trial court proceeding.